UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **TASHEIK A. CHAMPEAN,** | : | VIOLATION:  18 U.S.C. §922(g)(1) |
| **also known as Ashanti Champean,** | : | (Unlawful Possession of a Firearm and |
| **Defendant.** | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 22, 2007, within the District of Columbia, **TASHEIK A. CHAMPEAN,**

**also known as Ashanti Champean**, having been convicted of a crime punishable by imprisonment

for a term exceeding one year, in Kings County, New York, Criminal Case No. 9566-91, did

unlawfully and knowingly receive and possess a firearm, that is, a Glock .40 caliber semi-automatic

pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber

ammunition, which had been possessed, shipped and transported in and affecting interstate and

foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia