UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-309 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **TASHEIK A. CHAMPEAN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jeffrey Pearlman at telephone number (202) 353-2385 and/or email address Jeffrey.Pearlman@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

            /s/
        Jeffrey Pearlman
        District of Columbia Bar # 466-901
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, NW, Room 4231
        Washington, DC 20530
        (202) 353-2385