_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Criminal No. 07-309 (RJL) |
| | ) |
| **TASHIEK CHAMPEAN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**O R D E R**

Upon consideration of Defendant Champean's Motion to Suppress Physical Evidence Obtained in Violation of the Fourth Amendment, the supporting memorandum of law, the government's response, and the entire record in this matter, it is this ____ day of _____, 2008, hereby

**ORDERED** that defendant Champean's motion is granted; and it is further

**ORDERED** that all physical evidence obtained by the government as a result of the stop and seizure of Mr. Champean, including but not limited to the weapon allegedly recovered in this case, shall be suppressed from use at trial.

**IT IS SO ORDERED.**

                                                                             _____
                                                                             The Honorable Richard J. Leon
                                                                             United States District Judge

Copies to:

David W. Bos, AFPD                         Jeffery Pearlman, AUSA
625 Indiana Avenue, N.W. #550      555 4th Street, N.W.
Washington, D.C. 20004                   Washington, D.C. 20001