### IN THE UNITED STATES DISTRICT COUR FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. Case No. 07-309** |
| : | **Hearing Date: June 13, 2008** |
| **TASHEIKS CHAMPEON** : | **The Honorable Jud. Leon** |
| : | |
| **Defendant,** : | |

### DEFENDANT TASHEIK CHAMPEON'S MOTION FOR CONTINUANCE
### OF MOTION HEARING

Now comes the defendant Tasheik Champeon, by and through his counsel Brian K. McDaniel and McDaniel & Asso. P.A., petitioning this court for a continuance of the motions hearing date scheduled in this matter. The hearing is currently scheduled for Friday June 13, 2008. In support of said request the defendant offers the following:

1. Mr. Champeon is the subject of a single count indictment which charges him with the unlawful possession of a firearm and ammunition by a person Convicted of a felony. Mr. Champeon is currently on pre-trial supervised release and participating in the Heightened supervision program.

2. On May 7, 2008 upon the oral motion of Mr. David Bos, Mr. Champeon's previous counsel, this court allowed Mr. Bos to withdraw as counsel and appointed this office as counsel to Mr. Champeon.

3. In response to a request from this office, the court scheduled the at issue hearing for June 13, 2008 at 10:30. Counsel requested this date as he believed that the trial which he is currently in would have been completed by the13th.

4. Counsel has been in trial before the Honorable Judge Alprin in the Superior Court for the District of Columbia in the matter of the United States v. Cotey Wynn with a case

no. of F- 4217-05. As this was a three co-defendant murder trial the case went a week and a half over the projected trial time. Closing arguments in the aforementioned case were completed on June 11, 2008.

5.     As a result of the Wynn trial, counsel has not been able to adequately prepare for the motions hearing scheduled for June 13th, 2008 and is respectfully requesting a continuance of the same.

WHEREFORE, Mr. Tasheik A. Champean requests that this court grant his request for continuance of the hearing date in this matter.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331 – 0793
brianmac1911@aol.com

Counsel For Defendant Champeon

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2008 a copy of the foregoing Motion to Continue Hearing Date, was sent via first-class mail and Facsimile to the Office of the United States Attorney, Attention Assistant United States Attorney Jeffrey Pearlman, Esq., 555 4th Street N.W., Washington, DC 20002, and the Clerk of the Superior Court.

_____
Brian K. McDaniel, Esq.

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(Felony Criminal Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. Case No.  2005 –F-7453 |
| | : | Trial Date:  March 10, 2008 |
| **LORENZO WOODS** | : | The Honorable Jud. Alprin |
| | : | |
| **Defendant,** | : | |

**ORDER**

In Consideration of the Defendant's Motion to For Continuance of Trial Date any response thereto and all of the information in the possession of the court it is this

_____ day of _____, 2008

GRANTED.