UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | CRIMINAL NO.: 07-309 |
| : | |
| TASHEIKS CHAMPEON : | |
| : | |
| Defendant. : | |

LINE OF APPEARANCE

Please enter the appearance of Brian K. McDaniel, Esq. and McDaniel and Associates, P.A. at 1211 Connecticut Ave. NW, Suite 506, Washington, DC 20036 as counsel for the defendant Mr. Tasheiks Champeon in the above captioned matter.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC 20036
Telephone: 202-331-0793
Counsel for the Defendant