UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-309 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **TASHEIK CHAMPEAN,** | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Bridgette Crafton, at telephone number (202) 353-2385 and/or email address Bridgette.Crafton@usdoj.gov . Bridgette Crafton will substitute for Assistant United States Attorney Jeffrey Pearlman as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
BRIDGETTE CRAFTON
Assistant United States Attorney
Federal Major Crimes, Bar No. NJ 018051996
555 4th Street, NW, Room 4231
Washington, DC 20530
(202) 353-2385