UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 07-309 (RJL) |
| v. | : | Motion Hearing: June 26, 2008 |
| | : | |
| TASHEIK A. CHAMPEAN | : | |
| Defendant. | : | |

### UNITED STATES' MOTION TO CONTINUE MOTION TO SUPPRESS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to continue the motion hearing currently scheduled for June 26, 2008, at 10:30 a.m. In support of this motion, the United States represents that:

1.  Government counsel entered a substitution of counsel notice on June 19, 2008 in this matter. In preparation for the motion, counsel scheduled a witness conference with Officer Ryan Klipp to review the case. Officer Klipp did not appear for the witness conference and counsel attempted to ascertain the reason for his failure to appear.

2.  Government counsel subsequently learned that Officer Klipp had been injured while on duty on June 21, 2008. Officer Klipp is scheduled to have surgery next week and will be unavailable for the next two to three weeks.

3.  Officer Klipp is an essential witness. Officer Klipp is the officer to whom the defendant admitted that he had a gun on his person. Officer Klipp also recovered the weapon.

4.  Government counsel attempted to contact defense counsel, Brian McDaniel, Esq. to inform him of the government's request. Government counsel has not been able to ascertain defense counsel's position as of the filing of the motion.

For the reasons set forth above, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to continue the motion hearing currently scheduled for June 26, 2008, to a date after July 14, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:     BRIDGETTE CRAFTON
        Assistant United States Attorney
        Federal Major Crimes Section
        United States Attorney's Office
        555 4th Street, N.W., room 4231
        Washington, D.C. 20530
        202-353-2385

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Untied States' Motion to Continue was served, via fax to 202-331-7004 and via email to bkmassociates@aol.com, upon counsel of record for the defendant, Brian K. McDaniel, Esq., 1211 Connecticut Avenue, N.W., Suite 506, Washington, D.C. 20036, on this 25th day of June, 2008.

                                                              BRIDGETTE CRAFTON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 07-309 (RJL)** |
| v. | | |
| | : | |
| **TASHIEK A. CHAMPEAN** | : | |
| **Defendant.** | : | |

ORDER

Upon motion of the Government, and for good cause shown, it is ORDERED:

That the motion is GRANTED, that the hearing date of June 26, 2008, is VACATED, and that hearing is rescheduled for _____, 2008.

SO ORDERED

_____        _____
DATE                                                              HONORABLE RICHARD J. LEON