IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.  07-309(RJL) |
| | : | Motions Hearing:  July 17, 2008 |
| TASHEIK CHAMPEAN | : | The Hon. Jud. Richard J. Leon |
| | : | |
| Defendant. | : | |

**DEFENDANT'S FIRST MOTION FOR PERMISSION TO TRAVEL
AND REQUEST FOR EMERGENCY HEARING**

NOW comes the defendant, Mr. Tasheik Champean, by and through his counsel, Brian K. McDaniel, and McDaniel & Asso. P.A. in requesting that this court allow Mr. Champean to travel to North Carolina while on pretrial release to visit with his Grandmother and in support of said request proffers the following:

1.      Defendant has been charged in a one count indictment with the Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding one year in violation of U.S.C. 922(g)(1).

2.      On or about July 9, 2008 Mr. Champean was placed in the pretrial services G.P.S. program under the supervision of Mr. Byron Daniels. Counsel to Mr. Champean has received a Status Report and a Drug Status Report regarding the supervision of Mr. Champean. The report reveals that Mr. Champean has consistently tested negative for illicit drugs since the beginning of his testing requirement on June 4, 2008. The Status Report revealed that Mr. Champean has been in compliance with the GPS supervision.

3.      In the week of July 13, 2008 Mr. Champean learned that his Grandmother who lives in North Carolina had fallen ill and that it was not anticipated that she would live much longer. Mr. Champean contacted both his pretrial services supervisor and his

counsel seeking permission to go to North Carolina to visit with his Grandmother while remaining on the GPS tracking system.

4. Counsel to Mr. Champean has discussed this matter with Mr. Daniels from pretrial services. Mr. Daniels has represented that pretrial services would take no position with respect to this request. Mr. Daniels also informed counsel that should this court decide to allow Mr. Champean to travel to see his Grandmother, that the GPS tracking system would be able to confirm his comings and goings even while in the other jurisdiction.

5. Due to the urgent nature of this request, counsel has been unable to reach the Assistant United States Attorney assigned to this case to determine the government's position on this motion.

WHEREFORE, Mr. Champean requests that this court modify his conditions of release to allow for his travel to North Carolina for a designated period of time and that this court grant a hearing on this motion.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331 – 0793
brianmac1911@aol.com