IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. CR07-309(RJL) |
| | : | |
| TASHEIK A. CHAMPEAN | : | |
| | : | |
| Defendant. | : | |

_____

## **ORDER**

Upon consideration of the Defendant's Motion to Extend Time to file Supplemental Motion to Suppress, any response thereto, and all of the information in the possession of this court, it is this _____ day of _____ 2008 hereby,

ORDERED that the motion is GRANTED, and it is further,

ORDERED that the parties have until Wednesday August 6, 2008 to file any supplement to the arguments made in the July 17, 2008 hearing.

_____
The Honorable Judge Richard J. Leon