**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.        : | Docket No. CR07-309(RJL) |
| : | |
| TASHEIK A. CHAMPEAN : | |
| : | |
| Defendant.  : | |

_____

**MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL
MOTION TO SUPPRESS**

Now comes the defendant, Mr. Tasheik Champean, by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A., requesting that this court grant an extension of time for the filing of a supplement to his original motion to suppress tangible evidence in this matter. In support of the same the Defendant offers the following:

1.   Mr. Champeann is before this court subject to a single count indictment which charges him with Possession of a Firearm by a Convicted Felon in violation of U.S.C. § 922(g) as a result of his arrest on June 22, 2007.

2.   This matter came before this court on July 17, 2008 for a hearing on the defendant's motion to suppress tangible evidence. On said date the government called Officer Ryan Klipp to testify concerning the at issue stop, search and subsequent arrest of Mr. Champean on the 17th. The defense called Mr. Champean to the stand to testify as well.

3.   At the conclusion of the motions hearing this court, having heard the aforementioned testimony and argument from counsel, allowed the parties until July 31, 2008 at 12:00 p.m. to file a supplement to the original motion and argument.

4.      The transcript for the hearing was produced on an expedited basis. Even so, the transcript was not available to the parties until the afternoon on July 29, 2008. As the testimony of the parties is germane to the determination of this motion and counsel has not had sufficient time to incorporate the transcript testimony into the motion, counsel requests that this court grant an extension of time to file the at issue motion.

WHEREFORE, counsel requests an extension of time to file the supplement to the original motion to suppress to Wednesday August 6, 2008 at 12:00 pm.

Respectfully Submitted,

_____/s/_____
Brian K. McDaniel, esq.
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331 – 0793
brianmac1911@aol.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion for Extension of Time to File Supplemental Motion was served by electronic filing on this July 31, 2008, to: Ms. Bridgette D. Crafton, U.S. Attorney's Office, 555 fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
Brian K. McDaniel, esq.