UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 07-309 (RJL) |
| v.   : | |
| : | |
| TASHEIK A. CHAMPEAN   : | |
| Defendant.   : | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE THE
SUPPLEMENTAL BRIEF IN OPPOSITION OF THE MOTION TO SUPPRESS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court, for an extension of time to file a supplemental brief in opposition to the defendant's motion to suppress. In support of this motion, the United States represents that:

1. The Motion to Suppress hearing in this case was held on July 17, 2008. At the conclusion of the testimony, the Court allowed both sides additional time to file supplements based on arguments raised during the hearing. Both parties agreed that the transcript in the case would be needed. The Court set July 31, 2008 as the date for both parties to submit supplements if they so desired.

2. The transcripts in this case were immediately requested by both sides, however the transcripts were not available until July 29, 2008.

3. The Government would join in the defense request that both parties be given until August 6, 2008 to file supplemental briefs.

For the reasons set forth above, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to grant extension of time for filing of supplemental briefs.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY

                                *Bridgette Crafton* /S/

By:   BRIDGETTE CRAFTON
       Assistant United States Attorney
       Federal Major Crimes Section
       United States Attorney's Office
       555 4th Street, N.W., room 4231
       Washington, D.C. 20530
       202-353-2385

Case 1:07-cr-00309-RJL    Document 20    Filed 07/31/2008    Page 3 of 3