UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 07-309 (RJL) |
| v. | : |
| | : |
| TASHEIK A. CHAMPEAN | : |
| Defendant. | : |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of filing of it's request for an Extension of time to file a Supplemental brief in Opposition to the defendant's Motion Suppress Evidence.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By:  *Bridgette Crafton*
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2385